**Ford Elsaesser**
documents@eaidaho.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517 [Facsimile]
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 18-01437 - JDP |
| PURBECK, ROBERT AARON | ) | |
| Debtor. | ) | |
| | ) | |

## Supplement to Trustee's Status Report filed on 9/2/22 as Docket No. 69

Comes now Ford Elsaesser, the Chapter 7 Trustee in this matter herein, and supplements the Status Report with regard to the above-entitled matter:

1) I am the Chapter 7 Trustee appointed in this matter, upon the resignation of previous Trustee Noah Hillen. The only asset in the estate is the claim that the estate holds based upon the debtor's investment in Mt. Gox, a bitcoin trading/investment firm in Japan that has been in rehabilitation for nearly eight years.

2) The debtor, Robert Purbeck, has been fully cooperative in assisting the Trustee with regard to this claim.

3) This estate indicates that the claim of the estate is based upon 13 plus bitcoin. A copy of the correspondence approving the claim is attached hereto as Exhibit A.

4) In continually following the news reports and information on the Mt Gox website, there has been no indication of a distribution until recently. The Mt. Gox Trustee has a published notice, a copy of this notice is attached as Exhibit B, indicating the possibility of distributions commencing as early as this fall, although there are no firm deadlines for the distribution and when actual distributions will be made has been consistently vague. The "when," "how," and "how much," of distribution has yet to be determined. I am currently seeking additional information through the website and will supplement this report, but I believe a reasonable expectation based on all published reports in the allowance of the Purbeck claim indicate a probable distribution of 25% to 33%, or the equivalent of 3 to 4 bitcoin which value, of course, varies each day and is currently trading in the $18,000 to $19,000 dollar per bitcoin range.

5) I will continue to explore any avenue towards an early distribution and will supplement this report with any information that I am able to find.

6) The financial press that follows "Crypto," such as bitcoin, have been skeptical as to whether the distributions will actually occur as quickly as are hinted at in the distribution letter from the Mt Gox Trustee. Copies of two samples of press reports are attached hereto as Exhibits C and D and

are generally reflective of other commentary in the financial press as to when and how the distributions shall be made.

7) The total amount of unsecured and priority claims in this matter are approximately $110,000. Obviously, the volatility of bitcoin trading may well have a dramatic impact upon the value of the distribution when it is actually received by the Purbeck estate. At current values, assuming a minimum distribution of pre bitcoin, there would be a substantial distribution to creditors. This would result in a meaningful distribution to creditors of approximately 50% with the caution that bitcoin continues to be on what appears to be a long-term decline from the values that at one point reached almost $70,000 per bitcoin.

8) As Trustee I will continue to diligently monitor the Mt Gox rehabilitation proceeding, and to the extent creditors of that proceeding receive more detailed information as to the method, timing, and amounts of distribution, this supplement will be updated.

9) While the rehabilitation process is moving very slowly, this is the first time the Mt Gox Trustee has clearly announced an intent to distribute, although such intent comes with caveats that might serve to delay distribution.

10) Despite the very long time it has taken for this case to process in Japan, there does appear, now to be a reasonable expectation of a distribution that might come in turn, result of a meaningful distribution in the Purbeck estate.

11) This supplement will be updated upon the receipt of any additional information from the Mt Gox Trustee with regard to timing of distribution.

DATED: September 9, 2022

/s/Ford Elsaesser
Ford Elsaesser Trustee