# EXHIBIT A

**From:** Peterson Zeyer Law
**To:** Trustee Noah Hillen
**Subject:** Fwd: 債権認否結果に関するご連絡/Notice of the Results of Approval or Disapproval
**Date:** Tuesday, July 23, 2019 3:04:42 PM

Below is the Debtor's response.

Hyrum

---

Peterson Zeyer Law
1215 W. Hays Street
Boise, Idaho 83702

P: 208-433-9882 F: 208-433-9886
www.PetersonZeyerLaw.com


---------- Forwarded message ---------
From: **Robert Purbeck** <rpurbeck@gmail.com>
Date: Tue, Jul 23, 2019 at 12:33 PM
Subject: Fwd: 債権認否結果に関するご連絡/Notice of the Results of Approval or Disapproval
To: Peterson Zeyer Law <hyrum@petersonzeyerlaw.com>


Hyrum,

Here is the approval letter from the trustee.

The claim was done using the online method. The amount approved was 13.01258382 BTC, 13.01258382 BCH and $0.06 USD.

Let me know if that answers the trustees questions.

Thanks!

-Rob


---------- Forwarded message ---------
From: **MtGox Bankruptcy Trustee** <mtgox_trustee@noandt.com>
Date: Wed, Mar 20, 2019 at 10:04 AM
Subject: 債権認否結果に関するご連絡/Notice of the Results of Approval or Disapproval
To: <rpurbeck@gmail.com>


(English follows Japanese)

債権者番号 Y18248
Robert Aaron Purbeck 様

再生管財人は、MTGOXのビットコイン取引所のユーザーの金銭又は仮想通貨の返還に関する再生債権について認否を行い、平成31年3月15日付けで、かかる認否結果を記載した認否書を東京地方裁判所に提出しました。

その結果、貴殿/貴社の届出債権は全て認められました。

認否については、ウェブサイト（https://www.mtgox.com/）でもお知らせしていますので、ご参照ください。

認められた債権に関する今後の手続については、追ってご連絡する予定です。

再生債務者株式会社MTGOX 再生管財人弁護士小林信明


　このメールアドレスは管財人からの送信専用であり、貴殿/貴社が本メールアドレス宛の返信等をされても内容確認及び回答などの対応はできません。



To creditor No. Y18248
Dear Robert Aaron Purbeck

On March 15, 2019, the Rehabilitation Trustee approved or disapproved rehabilitation claims regarding MTGOX Bitcoin exchange users' rights to make claims against MTGOX for return of cash or cryptocurrency, and submitted to the Tokyo District Court a statement of approval or disapproval.

As a result, all of the amounts of your filed claim(s) have been approved.

Details of the results of approval or disapproval may also be found at this website:
https://www.mtgox.com/

I will contact you in due course with respect to future procedures regarding approved claims.

Rehabilitation Debtor: MtGox Co., Ltd.
Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-law

NOTE: Please do not reply to this email as this is a send-only email address and please note that we are unable to check or respond to any replies/inquiries by you to this email.