EXHIBIT B

[English Translation for Reference Purposes Only]

[Important]

August 31, 2022

To whom it may concern:

Rehabilitation Debtor: MtGox Co., Ltd.
Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-law

## Information on Prohibition of Assignment, etc. of Rehabilitation Claims

**Rehabilitation creditors should read this document carefully, as it contains essential information regarding repayment procedures.**

### 1.    Setting of Assignment, etc. Restriction Reference Period

The Rehabilitation Trustee is currently preparing to make repayments ("**Repayments**") in accordance with the approved rehabilitation plan of which confirmation order of the Tokyo District Court (the "**Court**") was made final and binding on November 16, 2021 (the "**Rehabilitation Plan**").

As stated in the "Information on Repayment Procedures" dated July 6, 2022, to ensure safe and secure Repayments, the Rehabilitation Trustee, in accordance with the provisions of the Rehabilitation Plan, and with the permission of the Court, has set a period during which the assignment, transfer or succession, provision as collateral, or disposition by other means of rehabilitation claims are prohibited (the "**Assignment, etc. Restriction Reference Period**").

Below are details on the Assignment, etc. Restriction Reference Period and how Repayment procedures will be affected during such Period.

### 2.    Start Date and End Date of Assignment, etc. Restriction Reference Period

The Assignment, etc. Restriction Reference Period set with the permission of the Court is as follows:

Start Date: **September 15, 2022 (Japan time)**

End Date: **Base Repayment Deadline**[1] (However, if the repayment deadline in

---
[1] The Base Repayment Deadline is set by the Rehabilitation Trustee with the permission of the court as the

[English Translation for Reference Purposes Only]

[Important]

accordance with Sections 4.7.2.4.1.(3) or 4.7.3.(3) of the Rehabilitation Plan,[2] is set later than the Base Repayment Deadline, such repayment deadline. In addition, if the Base Repayment Deadline is changed with the permission of the Court, such date will be the revised Base Repayment Deadline.)

## 3. Handling of Rehabilitation Claims During Assignment, etc. Restriction Reference Period

(1) Discontinuation of Acceptance of Applications for Claim Transfer Procedures

During the Assignment, etc. Restriction Reference Period, the Rehabilitation Trustee will cease accepting applications for claim transfer procedures through the Rehabilitation Claim Filing System (the system accessible via https://claims.mtgox.com//; the "**System**"), applications for claim transfer procedures sent by email to the Rehabilitation Trustee's email address for offline claim transfer procedures, and all other applications for claim transfer procedures.

(2) Handling of Notices of Transfer of Rehabilitation Claims During Assignment, etc. Restriction Reference Period

If you submit a notice of transfer of rehabilitation claims to the Rehabilitation Trustee during the Assignment, etc. Restriction Reference Period, the Rehabilitation Trustee will not be able to determine those to whom the Repayment should be made, which may interfere with the safe and secure Repayment of rehabilitation claims. Therefore, during the Assignment, etc. Restriction Reference Period, the Rehabilitation Trustee plans to suspend access to the System for transferees and the transferors of rehabilitation claims. As a result, rehabilitation creditors will be unable to choose a Repayment method or register payee information in accordance with the Rehabilitation Plan, and payee information already registered by the transferor will, in principle, be deleted as invalid. This may result in rehabilitation creditors being unable to receive their preferred Repayments, the Repayment date being delayed significantly compared to other

---

date deemed appropriate for repayment (see Section 4.3.1.1. of the Rehabilitation Plan) and will be set in due course. In addition, the repayment deadline for Early Lump-Sum Repayments is the same as the Base Repayment Deadline (see Section 4.3.4.2. of the Rehabilitation Plan), and the repayment deadline for intermediate repayments, which will be determined with the permission of the Court, is also expected to be the same as the Base Repayment Deadline. By setting the Assignment, etc. Restriction Reference Period in reference to the Base Repayment Deadline, the deadline of the entire first repayment will be the end date of the Assignment, etc. Restriction Reference Period.

[2] If repayments will be made with cash obtained from the sale of cryptocurrency by the Rehabilitation Trustee, a repayment date different from the repayment dates of other allowed rehabilitation claims may be set with the permission of the Court since the sale of the cryptocurrency may take some time.

[English Translation for Reference Purposes Only]

[Important]

rehabilitation creditors, or at worst, the Repayment amount may be deposited with the Tokyo Legal Affairs Bureau in accordance with laws and regulations.

In no event will the Rehabilitation Debtor or the Rehabilitation Trustee be liable to rehabilitation creditors or any other persons for any damages or losses arising or likely to arise from or in connection with any notice of transfer of rehabilitation claims submitted to the Rehabilitation Trustee given during the Assignment, etc. Restriction Reference Period.

To ensure safe and secure Repayments and to avoid unexpected disadvantages, we ask that you refrain from transferring rehabilitation claims during the Assignment, etc. Restriction Reference Period.

End of document