# Defunct Crypto Exchange Mt. Gox to Set Creditor Repayment Date 'in Due Course'

**Oliver Knight**
September 1, 2022 · 1 min read

The distribution of funds to former customers of the defunct crypto exchange Mt. Gox will begin on a repayment date to be set in "due course," according to a notice to creditors released by the Mt. Gox trustee, Nobuaki Kobayashi.

- Creditors are owed 141,686 bitcoin (BTC), 142,846 bitcoin cash (BCH) and 69,776,002,441 yen following a 2014 hack course," the document states.

- Creditors have also been given a deadline of Sept. 15 to make or transfer a claim. Claims, transfers or provision of collateral after that date are prohibited and will not be processed by the rehabilitation system, and could result in a delays or a loss of funds.

- All creditors will receive an initial base payment. They can also choose to receive the remainder of their funds through an early lump sum payment or in a later payment, which won't be determined until all other outstanding court proceedings are concluded.

- The as-yet-to-be-determined Base Repayment Deadline is expected to be the same as the early lump sum repayment deadline.

- Repayments made with cash obtained from liquidating Mt. Gox's bitcoin will have a different repayment date since the sale of the cryptocurrency "may take some time."

- Mt. Gox, which at the time was the largest crypto exchange by daily users and trade volume, filed for bankruptcy shortly after the hack.

- Despite rumors to the contrary, no Mt. Gox coins will be released to creditors this week.