**Ford Elsaesser**
documents@eaidaho.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| Robert A. Purbeck | ) | Case No. 18-01437 - JDP |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CASE STATUS REPORT**

TRUSTEE:        Ford Elsaesser

STATUS AS OF:   January 30, 2023

<u>ALL ACTIONS WHICH MUST BE COMPLETED PRIOR TO CLOSING:</u>

Action Pending:  The Trustee is in the process of returning nominal funds on hand back to the debtor and will file a CH 7 Trustee's Report of No Distribution – minimal funds collected. The Mt. Gox claim will be abandoned by the BK Estate when the CH 7 Trustee's Report of No Distribution –minimal funds collected is filed with the court. This case will not be administered as an asset case.

DATE:  January 30, 2023


<u>/s/ Ford Elsaesser</u>
Ford Elsaesser, Trustee